**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ARMIS ARRENDONDO,

                Plaintiff,

v.

D. BROOKS, *et al.*,

                Defendants.

CASE NO.: 3:11-CV-00704-RCJ-VPC

**ORDER**

Before the Court is the Report and Recommendation (#35) entered on September 23, 2013. Plaintiff filed his Objections to United States Magistrate Judge's Report and Recommendation (#40) on November 4, 2013.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiffs, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.  The district court may accept, reject, or modify in whole or in part, the findings and recommendations made by the magistrate judge. Fed. R. Civ. P. 72(b). The Court determines that the Magistrate Judge's Report and Recommendation (#35) entered on September 23, 2013, is adopted and accepted.

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (#23) is GRANTED in it's entirety.  The Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

Dated: This 5th day of November, 2013.

ROBERT C. JONES
UNITED STATES DISTRICT CHIEF JUDGE