AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

ARMIS ARRENDONDO,

       Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER:   3:11-cv-00704-RCJ-VPC

D. BROOKS, et al.,

       Defendant(s).

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (#23) is GRANTED in its entirety.

    November 5, 2013                                          **LANCE S. WILSON**
                                                                          Clerk

                                                                          /s/ K. Rusin
                                                                          Deputy Clerk